VALENTINE H. MULLER and Another, Respondents, v. ARKELL &

DOUGLAS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion.   Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.